Certificate Number: 15111-PAM-DE-040133838

Bankruptcy Case Number: 25-02477



15111-PAM-DE-040133838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2025</u>, at <u>4:18</u> o'clock <u>PM EDT</u>, <u>Ben Graham</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 26, 2025</u>    By: <u>/s/Hasan Bilal for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>

Case 1:25-bk-02477-HWV    Doc 17    Filed 09/29/25    Entered 09/29/25 09:08:15    Desc
Main Document    Page 1 of 1