United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02477-HWV |
| Ben Graham | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

**Recip ID    Recipient Name and Address**
  +  A. Duie Pyle, 650 Westtown Road, West Chester, PA 19382-4900

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael S Travis | on behalf of Debtor 1 Ben Graham travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Benjamin Graham :
: CASE NO. 1:25-bk-02477-HWV
:
Debtor. :

## ORDER

    Upon consideration of the above-named Debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is

    **ORDERED** that until further Order of this Court, the entity from who the Debtor, Benjamin Graham, receives income:

  A. Duie Pyle
  650 Westtown Road
  West Chester, PA 19382

shall deduct from said Debtor(s) income the sum of $ 1,125.00 each month beginning on the next payday following receipt of this Order and deduct a similar amount each month thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. You do not have to vary your pay cycle to be in compliance with this Order. If your pay cycle does not match the ordered payment cycle, use the following information to determine how much to withhold:

  $ 259.62 per weekly pay period.
  $ 519.23 per biweekly pay period (every two weeks).
  $ 562.50 per semimonthly pay period (twice a month).
  $ 1,125.00 per monthly pay period.

Remit the deductible sum to:

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
        PO BOX 6008
        MEMPHIS TN 38101-6008

    IT IS FURTHER ORDERED that the employer from whom the Debtor(s) receive income shall notify the Trustee if the Debtor(s) income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor(s) except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 20, 2026