IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Benjamin Graham ) CHAPTER 13
) No. 1-25-02477 HWV
Debtor )

## DEBTOR'S AMENDED SCHEDULE J

The Debtor(s) in the above-captioned case hereby amend schedule

J (updating expenses since time of filing) by substituting the attached schedule

for the schedule originally filed, pursuant to Fed. R. Bankr. P. 1009.

Dated: *2/22/24*

By:_____
Michael S. Travis
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9502
travisattorney@protonmail.com
Attorney for Debtor

Fill in this information to identify your case:

Debtor 1            **Ben Graham**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **25-02477**
(If known)

Check if this is:

☐  An amended filing

☑  A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Your Household

1.  Is this a joint case?

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not state the dependents names. | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No  ☐ Yes

**Part 2:** Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                              4.  $                1,660.00

    If not included in line 4:

    4a.    Real estate taxes                                              4a.  $                0.00
    4b.    Property, homeowner's, or renter's insurance                   4b.  $                0.00
    4c.    Home maintenance, repair, and upkeep expenses                  4c.  $                0.00
    4d.    Homeowner's association or condominium dues                    4d.  $              125.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $                0.00

6.  **Utilities:**
    6a.    Electricity, heat, natural gas                                              6a.  $                    120.00
    6b.    Water, sewer, garbage collection                                      6b.  $                    170.00
    6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.  $                    108.00
    6d.    Other. Specify: _____    6d.  $                       0.00
7.  **Food and housekeeping supplies**                                             7.   $                    200.00
8.  **Childcare and children's education costs**                                  8.   $                       0.00
9.  **Clothing, laundry, and dry cleaning**                                         9.   $                      40.00
10. **Personal care products and services**                                       10.  $                       0.00
11. **Medical and dental expenses**                                                 11.  $                       0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                       12.  $                    100.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $                       0.00
14. **Charitable contributions and religious donations**                         14.  $                       0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                                                    15a. $                      60.00
    15b.   Health insurance                                                                15b. $                       0.00
    15c.   Vehicle insurance                                                               15c. $                    217.00
    15d.   Other insurance. Specify: _____    15d. $                       0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.  $                       0.00
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                                                 17a. $                    440.00
    17b.   Car payments for Vehicle 2                                                 17b. $                       0.00
    17c.   Other. Specify: _____    17c. $                       0.00
    17d.   Other. Specify: _____    17d. $                       0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.  $                       0.00
19. **Other payments you make to support others who do not live with you.**          $                       0.00
    Specify: _____    19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a.   Mortgages on other property                                             20a. $                       0.00
    20b.   Real estate taxes                                                             20b. $                       0.00
    20c.   Property, homeowner's, or renter's insurance                         20c. $                      60.00
    20d.   Maintenance, repair, and upkeep expenses                           20d. $                       0.00
    20e.   Homeowner's association or condominium dues                       20e. $                       0.00
21. **Other:** Specify: _____    21.  +$                      0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                                    $                  3,300.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $
    22c. Add line 22a and 22b. The result is your monthly expenses.                        $                  3,300.00

23. **Calculate your monthly net income.**
    23a.   Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $                  4,300.00
    23b.   Copy your monthly expenses from line 22c above.                       23b. -$                 3,300.00

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                                       23c. $                  1,000.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.          Explain here: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Benjamin Graham ) CHAPTER 13
) No. 1-25-02477 HWV
Debtor )

## Debtor(s) Verification

I declare under penalty of perjury that I have read the attached

amended schedule(s) and they are true and correct to the best of my knowledge,

information and belief.

Date:

_____
Benjamin Graham, Debtor

Date: 2/12/26

_____