| | | |
|---|---|---|
| IN RE: | : | |
| BEN GRAHAM, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO. 1-25-bk-02477-HWV |
| | : | |
| BEN GRAHAM, | : | |
| Respondent | : | |

### TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 27th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Trustee avers that Debtor's Plan is not feasible based upon the following:

   a. The Plan is underfunded, in that it must pay at least $70,404.00 to be adequately funded.
   b. The Plan proposes unrealistic and speculative step payments, contrary to § 1325(a)(6).
   c. The Plan is ambiguous as to the base amount, in that the total of the final two tiers and the total base amount are incorrect.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor's Plan;
   b. Dismiss or convert Debtor's case; and
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 27th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael S. Travis, Esquire
3904 Trindle Road
Camp Hill, Pa 17011
TravisAttorney@Protonmail.Com

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
