United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Ben Graham
Debtor

Case No. 25-02477-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 1
Date Rcvd: Sep 11, 2026 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Day & Ross, Attn Payroll Dept, 270 N Zarfoss Drive, York, PA 17404-5819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael S Travis | on behalf of Debtor 1 Ben Graham travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Ben Graham** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **CASE NO. 1:25-bk-02477-HWV** |

**ORDER**

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is

**ORDERED** that until further Order of this Court, the entity from who the Debtor, Ben Graham, receives income

Day & Ross
Attn: Payroll Dept.
270 N Zarfoss Drive
York, PA 17404

shall deduct from said Debtor's income the sum of $1,125.00 each month beginning on the next payday following receipt of this Order and deduct a similar amount each month thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. You do not have to vary your pay cycle to be in compliance with this Order. If your pay cycle does not match the ordered payment cycle, use the following information to determine how much to withhold:

$ 259.62 per weekly pay period.
$ 519.23 per biweekly pay period (every two weeks).
$ 562.50 per semimonthly pay period (twice a month).
$ 1,125.00 per monthly pay period.

Remit the deductible sum to:

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS TN 38101-6008

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor. It is further

**ORDERED** that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension or union dues be paid to the Debtor in accordance with the usual payment procedure. It is further

**ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds. It is further

**ORDERED** that this Order supersedes previous orders made to the subject entity in this case. It is further

**ORDERED** that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 11, 2026