IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) NO. 1:25-bk-02477 HWV |
| Ben Graham | ) |
| Debtor | ) |
| | ) |
| Harley Davidson Credit Corp. | ) |
| Movant | ) Chapter 13 |
| | ) |
| vs. | ) Stay Relief |
| Ben Graham | ) |
| Jack N. Zaharopoulos, Trustee | ) |
| Respondents | ) |

ANSWER TO
MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES, the Debtor, Ben Graham, by and through the office of the below signed counsel who answers the motion for automatic stay relief as follows:

THE PARTIES

1-2. Admitted.

JURISDICTION AND VENUE

3. Admitted.

FACTUAL BACKGROUND

4. Admitted.

5-10. Admitted.

11. Denied. Movant has stated a conclusion of law to which no responsive pleading is required.

WHEREFORE, Debtor, Ben Graham prays this Honorable Court to deny the motion for automatic stay relief.

## AFFIRMATIVE DEFENSES
## PAYMENT

12. Given time the Debtor can cure any arrears. Debtor requests time to cure the arrears and retain the collateral.

WHEREFORE, Debtor, Ben Graham prays this Honorable Court to deny the motion for automatic stay relief.

Respectfully submitted,

/s/ Michael S. Travis

Michael S. Travis, Esq.
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
717-731-9502
email: travisattorney@protonmail.com

*Attorney for Debtor*

*Date: 10/6/26*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) NO. 1:25-bk-02477 HWV |
| Ben Graham | ) |
| Debtor | ) |
| | ) |
| Harley Davidson Credit Corp. | ) |
| Movant | ) Chapter 13 |
| | ) |
| vs. | ) Stay Relief |
| Ben Graham | ) |
| Jack N. Zaharopoulos, Trustee | ) |
| Respondents | ) |

VERIFICATION

I verify under penalty of perjury that the foregoing statements are true and correct.

/s/ Ben Graham
___________________________________
Ben Graham

Date: 10/5/26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) NO. 1:25-bk-02477 HWV |
| Ben Graham | ) |
| Debtor | ) |
| | ) |
| Harley Davidson Credit Corp. | ) |
| Movant | ) Chapter 13 |
| | ) |
| vs. | ) Stay Relief |
| Ben Graham | ) |
| Jack N. Zaharopoulos, Trustee | ) |
| Respondents | ) |

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the following persons by first class mail, postage prepaid:

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
(electronically served)

United States Trustee
(electronically served)

Keri Ebeck Esquire
(electronically served)

Debtor
(electronically served)

/s/ Michael S. Travis

Date: 10/6/26

______________________________

Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011
*Attorney for Debtor(s)*