IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) NO. 25-BK-02477 |
| Ben Graham | ) |
| Debtor | ) |
| | ) |
| Harley Davidson Credit Corp. | ) |
| Movant | ) |
| | ) Chapter 13 |
| vs. | ) |
| | ) |
| Ben Graham | ) Stay Relief |
| Jack N. Zaharopoulos, Trustee | ) |
| Respondents | ) |

ORDER

ATY HARRISBURG, upon motion for relief from the automatic stay of Harley Davidson Credit Corp., following an answer by the Debtor, Ben Graham, the motion is DENIED.

BY THE COURT,

______________________________