Clear Print

# LOCAL BANKRUPTCY FORM 9013-4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**
Ben Graham

**Debtor(s)**
Harley Davidson Credit Corp

**Plaintiff(s)/Movant(s)**
**vs.**
Ben Graham and
Jack Zaharopoulos

**Defendant(s)/Respondent(s)**

**CHAPTER** 13

**CASE NO.** 1-25-bk-02477

**ADVERSARY NO.** __-__-ap-______
**(if applicable)**

**Nature of Proceeding:** Stay Relief

**Document #:** 16

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor's counsel has a calendar conflict with County Court.
The parties are working on a stipulation to resolve the motion.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/16/26

/s/ Michael S. Travis

Attorney for Debtor

Name: Michael S. Travis

Phone Number: 717-731-9502

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.